IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NOAH JEREMY WIEHE ) | |
| ) | |
| v. ) | No. 3-07-1093 |
| ) | |
| CARL W. ZIMMERMAN, M.D.; ) | |
| MICHAEL STEPHANIDES, M.D.; ) | |
| PATRICK A. FOREST, M.D.; LORI ) | |
| HART HORNER, C.R.N.A.; ANITA ) | |
| GWEN WAGNER, R.N.; and HCA ) | |
| HEALTH SERVICES OF TENNESSEE, ) | |
| INC. d/b/a Centennial Medical Center/ ) | |
| Parthenon Pavilion d/b/a Star Family ) | |
| of Hospitals ) | |

O R D E R

On February 7, 2008, defendant HCA and Wagner filed a notice (Docket Entry No. 73) of the filing of an agreed order. Actually, two agreed orders were filed (Docket Entry No. 74 and 74-1). The Court deems the agreed order to include a joint motion for entry of the agreed order and, as such, is GRANTED.

By contemporaneously entered order, the Court has entered the parties' agreed order authorizing inspection and copying of records by Records Acquisition Services, Inc. However, the Court added two final sentences on the last page, as explained below.

The agreed orders include the plaintiff's date of birth. Pursuant to § 5.10 of the Administrative Practices and Procedures for Electronic Case Filing (ECF), Administrative Order No. 167, entered April 18, 2005, the day and month of a date of birth should be redacted from any filing. However, it may be important to include the plaintiff's date of birth in the contemporaneously entered order.

Therefore, to address both privacy and efficiency concerns, the agreed orders filed by the parties (Docket Entry No. 74 and 74-1) shall be maintained UNDER SEAL, and the contemporaneously entered order shall also be maintained UNDER SEAL. However, the Clerk is directed to transmit a copy of the contemporaneously entered order to all counsel in this case.

Further, if any attorney seeks a certified copy of the contemporaneously entered order, the Clerk shall provide a certified copy even though the order is under seal.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2

Case 3:07-cv-01093   Document 77   Filed 02/11/08   Page 2 of 2 PageID #: 374