IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NOAH JEREMY WIEHE )
)
v. ) No. 3-07-1093
)
CARL W. ZIMMERMAN, M.D.; )
MICHAEL STEPHANIDES, M.D.; )
PATRICK A. FOREST, M.D.; LORI )
HART HORNER, C.R.N.A.; ANITA )
GWEN WAGNER, R.N.; and HCA )
HEALTH SERVICES OF TENNESSEE, )
INC. d/b/a Centennial Medical Center/ )
Parthenon Pavilion d/b/a Star Family )
of Hospitals )

O R D E R

Pursuant to the orders entered January 14, 2008 (Docket Entry Nos. 67-68), counsel for the parties called the Court on March 26, 2008, at which time the following matters were addressed:

1. The time for service of responses to outstanding written discovery was extended to March 28, 2008.

2. The parties addressed the potential difficulty in completing party depositions by June 2, 2008, because of conflicts in counsels' schedules, and other matters addressed in the plaintiff's motion to extend deadlines (Docket Etnry No. 80). However, the parties determined that there remained some chance that they could comply with the deadlines provided in the January 14, 2008, orders. Therefore, deadlines were not extended, although the Court is available to address any requested extensions.

3. Depositions were tentatively scheduled on April 29 and 30, and May 1, and 2, 2008.

4. Unless otherwise extended by further order, all deadlines provided in the January 14, 2008, orders remain in full force and effect, except as provided in ¶ 1 above.

It is so ORDERED.

*Juliet Griffin*
JULIET GRIFFIN
United States Magistrate Judge