# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NOAH JEREMY WIEHE | ) |
| | ) |
| V. | ) CASE NO: 3:07-1093 |
| | ) JUDGE ROBERT L. ECHOLS |
| CARL. W. ZIMMERMAN, ET AL. | ) |

√ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

- Plaintiff did <u>not</u> prove by a preponderance of the evidence that Defendants were either negligent in the care and treatment of Plaintiff, or that Defendants were negligent as a legal cause of Plaintiff's injuries.

**IN ACCORDANCE WITH THE VERDICT OF THE JURY, JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS.**

DATE: March 13, 2009            KEITH THROCKMORTON, CLERK

                                BY: *Katheryn M. Beasley*
                                Courtroom Deputy Clerk