# INVOICE

**G&M COURT REPORTERS**
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21747 | 5/12/2008 | 20240 |

| Job Date | Case No. |
|---|---|
| 5/2/2008 | |

| Case Name |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| Payment Terms |
|---|
| Due upon receipt |

MAY 1 9 2008

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

| | | |
|---|---|---|
| Videotaped Deposition of: | | |
| Noah Jeremy Wiehe | | 630.00 |
| Minuscript | 0.00 | 0.00 |
| Postage/Handling/Archiving | 20.00 | 20.00 |
| | TOTAL DUE  >>> | **$650.00** |

Medical/Technical Transcript Copy

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

| | | | | |
|---|---|---|---|---|
| Job No. | : 20240 | | BU ID | : MAIN-DEP |
| Case No. | : | | | |
| Case Name | : Wiehe v. Zimmerman, M.D., et al | | | |
| Invoice No. | : 21747 | | Invoice Date | : 5/12/2008 |
| **Total Due** | **: $ 650.00** | | | |

Remit To: **G&M Court Reporters, Ltd.**
**42 Chauncy St.**
**Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Amount to Charge:
Cardholder's Signature:



**G&M**
COURT REPORTERS
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21782 | 5/13/2008 | 20265 |
| **Job Date** | **Case No.** | |
| 5/2/2008 | | |

| **Case Name** |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| **Payment Terms** |
|---|
| Due upon receipt |

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

MAY 1 9 2008

---

| Videotaped Deposition of: | | | | 0.00 |
|---|---|---|---|---|
| Noah Jeremy Wiehe | | | | |
| Video-MPEG1 Digitization | 4.00 Hours | @ | 50.00 | 200.00 |
| Video Synchronization | 4.00 Hours | @ | 75.00 | 300.00 |
| Postage/Handling/Archiving | | | 20.00 | 20.00 |
| | **TOTAL DUE >>>** | | | **$520.00** |

Thank You! We appreciate your business.

---

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Job No.      : 20265          BU ID        : MAIN-DEP
Case No.     :
Case Name    : Wiehe v. Zimmerman, M.D., et al

Invoice No.  : 21782          Invoice Date  : 5/13/2008
**Total Due  : $ 520.00**

Remit To: **G&M Court Reporters, Ltd.**
          **42 Chauncy St.**
          **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Amount to Charge:
Cardholder's Signature:

SCANNED
JUL 15 2008

**CRISTI G. WATSON**
Certified Court Reporter
P.O. Box 682704
Franklin, TN  37068
Phone: (615) 591-0999

| DATE | INVOICE |
|------|---------|
| 7-9-08 | 7908-4 |

TO:

C. Bennett Harrison, Jr., Esq.
Cornelius & Collins
Suite 1500
Nashville City Center
511 Union Street
Nashville, TN  37219

    Re:  NOAH WIEHE VS. CARL ZIMMERMAN, M.D., ET AL.
          Case No. 3:07-CV-01093

----------------------------------------------------------

*FOR PROFESSIONAL SERVICES RENDERED:*

                                      **AMOUNT**

Copies of depositions of
Carl Zimmerman, M.D.,
Patrick Forrest, M.D.,
and Michael Stephanides, M.D.;
Copies of exhibits                  $1,308.00

THANK YOU!

DUE AND PAYABLE UPON RECEIPT

(Please return copy of invoice with payment.)

# Nashville's Media Services, Inc.

**526-B Third Avenue South**
**Nashville, TN   37210-2010**
**(615) 255-7959**
**Tax ID# 62-1461509**

TO: C. Bennett Harrison
Cornelius & Collins
Suite 1500
511 Union Street
Nashville, TN 37219

July 8, 2008

## INVOICE #41391

RE: <u>Wiehe, vs. Carl W. Zimmerman, M.D., et al,</u>
Video Deposition of Dr. Michael Stephanides
06/12/2008

| Description | Qty | Price | Ext. Price |
|---|---|---|---|
| CD-R  Copy | 4 | 50.00 | 200.00 |
| Editing time (X hour) Sanction Syncing | 5 | 50.00 | 250.00 |
| Subtotal | | | $450.00 |
| TN Sales Tax  (9.25%) | | | 41.63 |
| **Invoice Total** | | | **$491.63** |

*THANK YOU!*
*for*
*Choosing Nashville's Media Services.*

<u>**TERMS:**</u>   **Net  30**
**Periodic (monthly) rate of 1.5% on past-due balances.**
**Please include Invoice # on your check.**

# Nashville's Media Services, Inc.

**526-B Third Avenue South**
**Nashville, TN   37210-2010**
**(615) 255-7959**
**Tax ID# 62-1461509**

TO: C. Bennett Harrison
     Cornelius & Collins
     Suite 1500
     511 Union Street
     Nashville, TN 37219

July 8, 2008

# INVOICE #41397

RE: Wiehe, vs. Carl W. Zimmerman, M.D., et al,
     Video Depositions of Carl W. Zimmerman and Patrick A. Forest
     06/13/2008

| Description | Qty | Price | Ext. Price |
|---|---|---|---|
| CD-R  Copy | 6 | 50.00 | 300.00 |
| Editing time (X hour) Sanction Syncing | 5.25 | 50.00 | 262.50 |
| Subtotal | | | $562.50 |
| TN Sales Tax  (9.25%) | | | 52.03 |
| **Invoice  Total** | | | **$614.53** |

*THANK YOU!*
*for*
*Choosing Nashville's Media Services.*

**TERMS:**   **Net 30**
                 **Periodic (monthly) rate of 1.5% on past-due balances.**
                 **Please include Invoice # on your check.**

# INVOICE

G&M
COURT REPORTERS
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

SEP 0 3 2008

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23722 | 8/28/2008 | 21930 |
| **Job Date** | **Case No.** | |
| 8/13/2008 | 3:07-CV-1093 | |
| **Case Name** | | |
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Videotaped Deposition Copy of:
    Ronald E. Hirschberg, M.D.      345.00
       Minuscript      0.00
       Postage/Handling/Archiving      20.00

**TOTAL DUE >>>      $365.00**

Medical/Technical rates apply.

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Job No.    : 21930      BU ID    : MAIN-DEP
Case No.    : 3:07-CV-1093
Case Name    : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No.    : 23722      Invoice Date   : 8/28/2008
**Total Due    : $ 365.00**

Remit To: **G&M Court Reporters, Ltd.**
           **42 Chauncy St.**
           **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:



42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225
www.gmcourtreporters.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23887 | 8/28/2008 | 21931 |
| **Job Date** | **Case No.** | |
| 8/13/2008 | 3:07-CV-1093 | |
| **Case Name** | | |
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

SEP 0 3 2008

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Videotaped Deposition of:
  Richard E. Hirschberg, M.D.

|  |  |  |  |  |
|---|---|---|---|---|
| Video-MPEG1 Digitization | 2.75 Hours | @ | 50.00 | 137.50 |
| Video Synchronization | 2.75 Hours | @ | 50.00 | 137.50 |
| Postage/Handling/Archiving | | | 25.00 | 25.00 |
| | | **TOTAL DUE >>>** | | **$300.00** |

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Job No.     : 21931          BU ID        : MAIN-DEP
Case No.    : 3:07-CV-1093
Case Name   : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No. : 23887          Invoice Date  : 8/28/2008
**Total Due  : $ 300.00**

Remit To: **G&M Court Reporters, Ltd.**
          **42 Chauncy St.**
          **Boston, MA 02111**

## PAYMENT WITH CREDIT CARD    AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# I N V O I C E

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225
www.gmcourtreporters.com

SEP 0 3 2008

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23727 | 8/28/2008 | 21932 |
| **Job Date** | **Case No.** | |
| 8/14/2008 | 3:07-CV-1093 | |
| **Case Name** | | |
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

| | |
|---|---:|
| Videotaped Deposition Copy of: | |
|    Janice Wiehe | 558.25 |
| Videotaped Deposition Copy of: | |
|    Dennis Wiehe | 286.00 |
|       Minuscript | 0.00 |
|       Postage/Handling/Archiving | 20.00 |
| **TOTAL DUE  >>>** | **$864.25** |

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Job No.    :  21932          BU ID        : MAIN-DEP
Case No.   :  3:07-CV-1093
Case Name  :  Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No. :  23727          Invoice Date  : 8/28/2008
**Total Due  :  $ 864.25**

Remit To: **G&M Court Reporters, Ltd.**
        **42 Chauncy St.**
        **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225
www.gmcourtreporters.com

SEP 0 3 2008

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23881 | 8/28/2008 | 21933 |
| **Job Date** | **Case No.** | |
| 8/14/2008 | 3:07-CV-1093 | |
| **Case Name** | | |
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

| | | | | | |
|---|---|---|---|---|---|
| Videoconference Deposition of: | | | | | |
| Janice Wiehe - and - Dennis Wiehe | | | | | |
| Video-MPEG1 Digitization | 6.00 | Hours | @ | 50.00 | 300.00 |
| Video Synchronization | 6.00 | Hours | @ | 50.00 | 300.00 |
| Postage/Handling/Archiving | | | | 25.00 | 25.00 |
| | | **TOTAL DUE  >>>** | | | **$625.00** |

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

C. Bennett Harrison, Jr., Esquire
Cornelius & Collins, LLP
Nashville City Center, Suite 1500
511 Union Street
P. O. Box 190695
Nashville, TN 37219

Job No.      :  21933           BU ID        : MAIN-DEP
Case No.     :  3:07-CV-1093
Case Name  :  Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No. :  23881           Invoice Date  : 8/28/2008
**Total Due  : $ 625.00**

Remit To:  **G&M Court Reporters, Ltd.**
           **42 Chauncy St.**
           **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# V J VOWELL
### — AND —
# JENNINGS

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132509 | 10/10/2008 | 52484 |

| Job Date | Case No. | |
|---|---|---|
| 9/26/2008 | 3:07-CV-1093 | |

| Case Name | |
|---|---|
| Wiehe vs. Stephanides | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    George Daneker, Jr., M.D.

                1,975.98

**TOTAL DUE  >>>**       **$1,975.98**

Thank you for your business!   We now accept major credit cards  for your convenience.

**Tax ID:** 62-1115311

Phone: 615-244-1440    Fax:615-254-9477

*Please detach bottom portion and return with payment.*

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | | | |
|---|---|---|---|
| Job No. | : 52484 | BU ID | : CM |
| Case No. | : 3:07-CV-1093 | | |
| Case Name | : Wiehe vs. Stephanides | | |
| Invoice No. | : 132509 | Invoice Date | : 10/10/2008 |
| **Total Due** | **: $1,975.98** | | |

Remit To:   **Vowell & Jennings, Inc.**
            **Court Reporting and Legal Video Services**
            **214 Second Avenue, North - Suite 207**
            **Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132564 | 10/13/2008 | 52485 |

| Job Date | Case No. | |
|---|---|---|
| 9/26/2008 | 3:07-CV-1093 | |

| Case Name | |
|---|---|
| Wiehe vs. Stephanides | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

---

VIDEO SERVICES FOR DEPOSITION OF:

| | |
|---|---|
| George Daneker, M.D. | 1,261.50 |
| SALES TAX | 3.90 |
| **TOTAL DUE  >>>** | **$1,265.40** |

Thank you for your business!  We now accept major credit cards  for your convenience.

**Tax ID:**

Phone: 615-244-1440   Fax:615-254-9477

---

*Please detach bottom portion and return with payment.*

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | | | |
|---|---|---|---|
| Job No. | : 52485 | BU ID | : Video-CM |
| Case No. | : 3:07-CV-1093 | | |
| Case Name | : Wiehe vs. Stephanides | | |
| Invoice No. | : 132564 | Invoice Date | : 10/13/2008 |
| **Total Due** | **: $1,265.40** | | |

Remit To:   **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

<table>
<tr><td>**Invoice No.**</td><td>**Invoice Date**</td><td>**Job No.**</td></tr>
<tr><td>132956</td><td>11/11/2008</td><td>52821</td></tr>
<tr><td>**Job Date**</td><td colspan="2">**Case No.**</td></tr>
<tr><td>10/29/2008</td><td colspan="2">3:07-CV-1093</td></tr>
<tr><td colspan="3">**Case Name**</td></tr>
<tr><td colspan="3">Wiehe vs. Stephanides</td></tr>
<tr><td colspan="3">**Payment Terms**</td></tr>
<tr><td colspan="3">Due upon receipt</td></tr>
</table>

# V O W E L L
## AND
# J E N N I N G S

NOV 1 3 2008

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
George W. Daneker, Jr., M.D.

1,996.98

**TOTAL DUE  >>>**          **$1,996.98**

Thank you for your business!   We now accept major credit cards  for your convenience.

**Tax ID:** 62-1115311

Phone: 615-244-1440    Fax:615-254-9477

*Please detach bottom portion and return with payment.*

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

Job No.      : 52821          BU ID        :CM
Case No.     : 3:07-CV-1093
Case Name    : Wiehe vs. Stephanides

Invoice No.  : 132956        Invoice Date  :11/11/2008
**Total Due   : $ 1,996.98**

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 133001 | 11/12/2008 | 52820 |

| Job Date | Case No. | |
|---|---|---|
| 10/29/2008 | 3:07-CV-1093 | |

| Case Name | |
|---|---|
| Wiehe vs. Stephanides | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

**NOV 1 3 2008**

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | |
|---|---|
| VIDEO SERVICES FOR DEPOSITION OF: | |
| George Daneker, M.D. | 319.00 |
| SALES TAX | 3.90 |
| TOTAL DUE >>> | $322.90 |

Thank you for your business!  We now accept major credit cards  for your convenience.

Tax ID:

Phone: 615-244-1440   Fax:615-254-9477

*Please detach bottom portion and return with payment.*

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | | | |
|---|---|---|---|
| Job No. | : 52820 | BU ID | : Video-CM |
| Case No. | : 3:07-CV-1093 | | |
| Case Name | : Wiehe vs. Stephanides | | |
| Invoice No. | : 133001 | Invoice Date | : 11/12/2008 |
| **Total Due** | : **$322.90** | | |

Remit To:   **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134459 | 3/12/2009 | 54005 |

| Job Date | Case No. | |
|---|---|---|
| 2/24/2009 | 3:07-CV-01093 | |

| Case Name | | |
|---|---|---|
| Wiehe vs. Stephanides | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Brian W. Holmes
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

    Keith Eric Brandt, M.D.

                                                    1,638.65

                                      **TOTAL DUE >>>**       **$1,638.65**

Thank you for your business!  We now accept major credit cards  for your convenience.

Tax ID: 62-1115311

Phone: 615-244-1440    Fax:615-254-9477

*Please detach bottom portion and return with payment.*

Brian W. Holmes
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | | |
|---|---|---|
| Invoice No. | : | 134459 |
| Invoice Date | : | 3/12/2009 |
| **Total Due** | : | **$1,638.65** |

Remit To:  **Vowell & Jennings, Inc.**
            **Court Reporting and Legal Video Services**
            **214 Second Avenue, North - Suite 207**
            **Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 54005 |
| BU ID | : | 1-VJ |
| Case No. | : | 3:07-CV-01093 |
| Case Name | : | Wiehe vs. Stephanides |

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134435 | 3/6/2009 | 54006 |
| **Job Date** | **Case No.** | |
| 2/24/2009 | 3:07-CV-01093 | |
| **Case Name** | | |
| Wiehe vs. Stephanides | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian W. Holmes
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | |
|---|---|
| VIDEO SERVICES FOR DEPOSITION OF: | |
| Keith Eric Brandt, M.Dd | 1,146.25 |
| SALES TAX | 3.90 |
| **TOTAL DUE >>>** | **$1,150.15** |

Thank you for your business! We now accept major credit cards for your convenience.

Tax ID:

Phone: 615-244-1440    Fax:615-254-9477

*Please detach bottom portion and return with payment.*

Brian W. Holmes
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| | | |
|---|---|---|
| Invoice No. | : | 134435 |
| Invoice Date | : | 3/6/2009 |
| **Total Due** | : | **$1,150.15** |

Remit To:  **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| | | |
|---|---|---|
| Job No. | : | 54006 |
| BU ID | : | Video-CM |
| Case No. | : | 3:07-CV-01093 |
| Case Name | : | Wiehe vs. Stephanides |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134404 | 3/12/2009 | 54084 |
| **Job Date** | **Case No.** | |
| 2/26/2009 | 3:07-CV-01093 | |
| **Case Name** | | |
| Wiehe vs. Stephanides | | |
| **Payment Terms** | | |
| Due upon receipt | | |

# VJ V O W E L L
## —AND—
# J E N N I N G S

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| 1 COPY OF TRANSCRIPT OF: | |
|---|---|
| George W. Daneker, Jr., MD | 368.60 |
| | **TOTAL DUE >>>**    **$368.60** |

Thank you for your business!  We now accept major credit cards  for your convenience.

**Tax ID:** 62-1115311

Phone: 615-244-1440   Fax:615-254-9477

*Please detach bottom portion and return with payment.*

C. Bennett Harrison
Cornelius & Collins
Suite 1500, Nashville City Center
511 Union Street
Nashville, TN 37219

| Invoice No. | : | 134404 |
|---|---|---|
| Invoice Date | : | 3/12/2009 |
| **Total Due** | : | **$368.60** |

Remit To:   **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

| Job No. | : | 54084 |
|---|---|---|
| BU ID | : | CM |
| Case No. | : | 3:07-CV-01093 |
| Case Name | : | Wiehe vs. Stephanides |


SCANNED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER   09-442  — Amended |
|---|---|

**TO:**
Brian W. Holmes
Cornelius & Collins, LLP
511 Union Street
Suite 1500
Nashville, Tennessee 37219

Phone: 615.244.1440

**MAKE CHECK PAYABLE TO:**

Dorothy Stiles, RMR, CRR
Official Court Reporter
801 Broadway, A837
Nashville, TN 37203

PHONE:  (615) 330-1764

| CRIMINAL | CIVIL X | DATE ORDERED 3/6/09 | DATE DELIVERED 3/7/09 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Wiehe vs. Zimmerman and Stephanides      3:07-CV-1093      Selected Rough Drafts

FOR PROCEEDINGS ON (Date):
3-4-09 and 3-6-09          Delivered Electronically to bwholmes@cornelius-collins.com   (CONFIRMATION RECEIVED)

|  | | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary |  |  |  |  |  |  |  |  |  |  |
| 14 Days |  |  |  |  |  |  |  |  |  |  |
| 7 Days |  |  |  |  |  |  |  |  |  |  |
|  | 284 | 1.186 | 515.745 |  |  |  |  |  |  | 515.745 |
| ROUGH DRAFT | 247 | 2.125 | 524.875 |  |  |  |  |  |  | 524.875 |

PAGE RATES:  ORDERED BY ONE PARTY - $3.05; TWO PARTIES - $2.125; THREE PARTIES - $1.816

| TOTAL | $1,040.62 |
|---|---|
| DEPOSIT RECEIVED |  |
|  |  |
| AMOUNT DUE | $1,040.62 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER                                    DATE  3/12/09
   DOROTHY STILES

Distribution:  TO PARTY (2 copies - 1 to return with payment)          COURT REPORTER          COURT REPORTER SUPERVISOR



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/11/2008 | 005702.332.02 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727  (Knoxville)    FAX:  (865) 546-4728
      (866) 592-9861  (Toll Free)
      (615) 301-1708  (Nashville)
      (901) 405-4584  (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

### CASE INFORMATION

Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS

North Hampton Dermatology Associates (Bruce Goldstein, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.02 | | |

| DESCRIPTION | CALCULATION | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$8.75    (entity's fee)  /  4 (requesting defendants) | $2.19 |
| **Online Delivery**<br>(Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-235   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery**<br>(Copying and 3 Hole Punching) | If requested:  15  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested   15  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$37.19** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



records acquisition services, inc.

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/14/2008 | 005702.332.06 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX:   (865) 546-4728
      (866) 592-9861 (Toll Free)
      (615) 301-1708 (Nashville)
      (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Cambridge Podiatry (Edward J. Mostone, DPM) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.06 | | |

| DESCRIPTION | Calculation | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: <br> $0.00    (entity's fee)  /  4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary <br> -237    (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  13  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested   13  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**


records acquisition services, inc.

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/14/2008 | 005702.332.08 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX:   (865) 546-4728
      (866) 592-9861 (Toll Free)
      (615) 301-1708 (Nashville)
      (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Rehabilitation Hospital of the Cape and Islands, Inc. |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.08 | | |

| DESCRIPTION | CALCULATIONS | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located / $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $26.47 (entity's fee) / 4 (requesting defendants) | $6.62 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -232 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 18 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 18 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.62** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**

**We appreciate the opportunity to serve you!**

# INVOICE

records acquisition services, inc.

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/16/2008 | 005702.332.04 |

**Tax ID: 20-1143503**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX:   (865) 546-4728
         (866) 592-9861 (Toll Free)
         (615) 301-1708 (Nashville)
         (901) 405-4584 (Memphis)

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Baystate Plastic Surgery Associates (Melissa A. Johnson, MD) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.04 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$4.75     (entity's fee)  /  4 (requesting defendants) | $1.19 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-228     (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  22  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  22  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$36.19** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



**records acquisition services, inc.**

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/1/2008 | 005702.332.11 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX:  (865) 546-4728
     (866) 592-9861 (Toll Free)
     (615) 301-1708 (Nashville)
     (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Office of Randi Kaufman, Psy.D |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.11 | | |

| DESCRIPTION | (Calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00     (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-245   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:   5 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested     5 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



**records acquisition services, inc.**

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/1/2008 | 005702.332.05 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX:  (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

### BILL TO:

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

### SHIP TO:

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

### CASE INFORMATION

Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS

Davis Square Family Practice (Deborah Bershel, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.05 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $25.00 (entity's fee) / 4 (requesting defendants) | $6.25 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -230 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 20 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 20 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.25** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



records acquisition services, inc.

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 005702.332.10 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
     (866) 592-9861 (Toll Free)
     (615) 301-1708 (Nashville)
     (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

## CASE INFORMATION

Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS

Office of Susan C. Loud, M. Ed

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.10 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$20.00 (entity's fee) / 4 (requesting defendants) | $5.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-235 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 15 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 15 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$40.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



records acquisition services, inc.

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 005702.332.01 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)      FAX:   (865) 546-4728
     (866) 592-9861 (Toll Free)
     (615) 301-1708 (Nashville)
     (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Office of Carolyn J. Kendall, MD c/o Cooley Dickinson Practice Assoc |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.01 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 n ot located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00    (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-192   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 58  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  58  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



records acquisition services, inc.

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 005702.332.03 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX:  (865) 546-4728
       (866) 592-9861 (Toll Free)
       (615) 301-1708 (Nashville)
       (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION | | |
|---|---|---|
| Wiehe v. Zimmerman, M.D., et al | | |
| **SOURCE OF EVIDENTIARY ITEMS** | | |
| Center for Excellence in Diabetes Education (Jeffrey Korff, MD) | | |
| **JOB NUMBER** | **FILE NUMBER** | **CLAIM NUMBER** |
| 332.03 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00    (entity's fee)  /  4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-230    (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  20  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  20  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/23/2008 | 005702.332.07 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727  (Knoxville)     FAX:   (865) 546-4728
(866) 592-9861  (Toll Free)
(615) 301-1708  (Nashville)
(901) 405-4584  (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Ronald E. Hirschberg, MD c/o Physical Medicine & Rehabilitation |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.07 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $25.00   (entity's fee) / 4 (requesting defendants) | $6.25 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -241   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:   9  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested   9  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.25** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/25/2008 | 005702.332.12 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)　　FAX: (865) 546-4728
　　　　(866) 592-9861 (Toll Free)
　　　　(615) 301-1708 (Nashville)
　　　　(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Gender Dysphoria Program, Inc. (c/o Judy Van Maasdam, MA) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.12 | | |

| DESCRIPTION | (Calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$30.00　(entity's fee)　/　4 (requesting defendants) | $7.50 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-230　(pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 20 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested　20 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$42.50** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



**document one services**

200 4th Ave. North, Suite B-300
Nashville, TN 37219

Federal Tax ID: 20-3700843

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/28/2008 | 00004404 |

**Bill To:**

Cornelius & Collins, LLP
511 Union Street
Nashville, TN 3719

**Ship To:**

Cornelius & Collins, LLP
511 Union Street
Nashville, TN 3719

| SALESPERSON | CLIENT RERERANCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Shay Horseman | 1396-0774 | Melinda Burke | Net 30 | 5/28/2008 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 1 | 8-4230 | CD Creation / Duplication | $25.00 | $25.00 | X |

Thank you!

Customer Approval

| | |
|---|---|
| SALE AMT. | $25.00 |
| FREIGHT | $0.00 |
| SALES TAX | $2.31 |
| TOTAL AMT. | $27.31 |
| AMT. APPLIED | $0.00 |
| **BALANCE** | **$27.31** |



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/29/2008 | 005702.332.17 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX:  (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

**CASE INFORMATION**

Wiehe v. Zimmerman, M.D., et al

**SOURCE OF EVIDENTIARY ITEMS**

Walgreens Pharmacy

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.17 | | |

| DESCRIPTION | (Calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$55.00   (entity's fee)  /  4 (requesting defendants) | $13.75 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-249   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:   1 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested   1 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$48.75** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**

**We appreciate the opportunity to serve you!**

# INVOICE

**records acquisition services, inc.**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/12/2008 | 005702.332.09 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX:  (865) 546-4728
     (866) 592-9861 (Toll Free)
     (615) 301-1708 (Nashville)
     (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr.<br>Cornelius & Collins LLP<br>Nashville City Center Ste 1500<br>PO Box 190695<br>Nashville, TN 37219-0695 |

## CASE INFORMATION

Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS

Atlantic Prosthetics & Orthotics Co., Inc.

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.09 | | |

| DESCRIPTION | (Calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 n ot located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00    (entity's fee)  /  4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-233    (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  17  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requestec    17  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**

# ras™

records acquisition services, inc.

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/13/2008 | 005702.332.16 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX:  (865) 546-4728
   (866) 592-9861 (Toll Free)
   (615) 301-1708 (Nashville)
   (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. C. Bennett Harrison Jr. Cornelius & Collins LLP Nashville City Center Ste 1500 PO Box 190695 Nashville TN 37219-0695 | Mr. C. Bennett Harrison Jr. Cornelius & Collins LLP Nashville City Center Ste 1500 PO Box 190695 Nashville, TN 37219-0695 |

**CASE INFORMATION**

Wiehe v. Zimmerman, M.D., et al

**SOURCE OF EVIDENTIARY ITEMS**

CVS Pharmacy Privacy Office

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.16 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $50.00  (entity's fee) / 4 (requesting defendants) | $12.50 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -231   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  19  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  19  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$47.50** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**

**Payment is due upon receipt, unless you have arranged otherwise.**

**We appreciate the opportunity to serve you!**


records acquisition services, inc.

# INVOICE



| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/29/2008 | 005702.332.18 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX:  (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
|---|
| Baystate Medical Center (Medical Records) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.18 | | |

| DESCRIPTION | CALCULATION | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $91.16  (entity's fee)  /  4  (requesting defendants) | $22.79 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -126   (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 124  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  124  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$57.79** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
| --- | --- |
| 8/30/2008 | 005702.332.15 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX:   (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville TN 37219-0695

**SHIP TO:**

Mr. C. Bennett Harrison Jr.
Cornelius & Collins LLP
Nashville City Center Ste 1500
PO Box 190695
Nashville, TN 37219-0695

| CASE INFORMATION |
| --- |
| Wiehe v. Zimmerman, M.D., et al |

| SOURCE OF EVIDENTIARY ITEMS |
| --- |
| Rite Aid Pharmacies - Legal  (Attn: Brandy Gladwin) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
| --- | --- | --- |
| 332.15 | | |

| DESCRIPTION | (calculation) | AMOUNT |
| --- | --- | --- |
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $50.00  (entity's fee) /  4 (requesting defendants) | $12.50 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -245  (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:   5 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested   5 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$47.50** |

**Please either return a copy of this invoice with your payment or reference the invoice number.**
**Payment is due upon receipt, unless you have arranged otherwise.**
**We appreciate the opportunity to serve you!**

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675006579
Cashier ID: rdail
Transaction Date: 03/12/2009
Payer Name: BRIAN W HOLMES
------------------------------------
PAPER COPIES
 For: BRIAN W HOLMES
 Amount:        $36.00
------------------------------------
CHECK
 Check/Money Order Num: 1746
 Amt Tendered:  $36.00
------------------------------------
Total Due:      $36.00
Total Tendered: $36.00
Change Amt:     $0.00

BRIAN W. HOLMES/COPIES/CK# 1746