# EXHIBIT 1

# COURT REPORTER INVOICES



**G&M COURT REPORTERS**
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21654 | 5/12/2008 | 20240 |
| Job Date | Case No. | |
| 5/2/2008 | | |
| Case Name | | |
| Wiehe v. Zimmerman, M.D., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

| | | |
|---|---|---|
| Videotaped Deposition of: | | 630.00 |
| Noah Jeremy Wiehe | 0.00 | 0.00 |
| Minuscript | 20.00 | 20.00 |
| Postage/Handling/Archiving | | |
| | TOTAL DUE >>> | $650.00 |

Medical/Technical Transcript Copy

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Job No. : 20240    BU ID : MAIN-DEP
Case No. :
Case Name : Wiehe v. Zimmerman, M.D., et al

Invoice No. : 21654    Invoice Date : 5/12/2008
**Total Due** : $ 650.00

Remit To: **G&M Court Reporters, Ltd.**
**42 Chauncy St.**
**Boston, MA 02111**

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Amount to Charge: | |
| Cardholder's Signature: | | |

**CRISTI G. WATSON**
Certified Court Reporter
P.O. Box 682704
Franklin, TN 37068
Phone: (615) 591-0999

| DATE | INVOICE |
|---|---|
| 7-9-08 | 7908-2 |

TO:

Erin N. Palmer Polly, Esq.
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue
Nashville, TN 37219

Re: NOAH WIEHE VS. CARL ZIMMERMAN, M.D., ET AL.

------------------------------------------------------------

FOR PROFESSIONAL SERVICES RENDERED:

**AMOUNT**

Copies of depositions of
Carl Zimmerman, M.D.,
Patrick Forrest, M.D.,
and Michael Stephanides, M.D.;
Copies of exhibits                         $1,308.00

THANK YOU!

DUE AND PAYABLE UPON RECEIPT

(Please return copy of invoice with payment.)

Tax Id: 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



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23730 | 8/28/2008 | 21932 |
| Job Date | Case No. | |
| 8/14/2008 | 3:07-CV-1093 | |

**Case Name**

Noah Jeremy Wiehe v. Zimmerman, M.D., et al

**Payment Terms**

Due upon receipt

G&M Court Reporters
42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225
www.gmcourtreporters.com

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

| | | |
|---|---|---:|
| Videotaped Deposition Copy of: | | |
| Janice Wiehe | 203.00 Pages | 558.25 |
| 5-Day Expedite | | 280.14 |
| Videotaped Deposition Copy of: | | |
| Dennis Wiehe | 104.00 Pages | 286.00 |
| 5-Day Expedite | | 143.52 |
| Minuscript | | 0.00 |
| Postage/Handling/Archiving | | 20.00 |
| **TOTAL DUE >>>** | | **$1,287.91** |

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Job No.      : 21932           BU ID        : MAIN-DEP
Case No.     : 3:07-CV-1093
Case Name    : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No.  : 23730           Invoice Date : 8/28/2008
**Total Due  : $ 1,287.91**

Remit To: **G&M Court Reporters, Ltd.**
          **42 Chauncy St.**
          **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                      Card Security Code:
Amount to Charge:
Cardholder's Signature:



42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225
www.gmcourtreporters.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23723 | 8/28/2008 | 21930 |
| Job Date | Case No. | |
| 8/13/2008 | 3:07-CV-1093 | |

| Case Name |
|---|
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al |

| Payment Terms |
|---|
| Due upon receipt |

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Videotaped Deposition Copy of:
   Ronald E. Hirschberg, M.D.                 115.00 Pages      345.00
      5-Day Expedite      172.50
      Minuscript      0.00
      Postage/Handling/Archiving      20.00

**TOTAL DUE >>>     $537.50**

Medical/Technical rates apply.

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Job No.   : 21930       BU ID    : MAIN-DEP
Case No.   : 3:07-CV-1093
Case Name   : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No.   : 23723       Invoice Date  : 8/28/2008
**Total Due   : $ 537.50**

Remit To: **G&M Court Reporters, Ltd.**
         **42 Chauncy St.**
         **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132510 | 10/10/2008 | 52484 |
| **Job Date** | **Case No.** | |
| 9/26/2008 | 3:07-CV-01093 | |

| Case Name |
|---|
| Wiehe vs. Stephanides |

| Payment Terms |
|---|
| Due upon receipt |

**VJ VOWELL AND JENNINGS**

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

1 COPY OF TRANSCRIPT OF:
    George Daneker, Jr., M.D.     201.00 Pages @ 2.40    482.40
        4-6 Day Expedite                                                                                241.20
        Exhibit                                    127.00 Pages @ 0.35     44.45
        ASCII File                                                                 10.00     10.00
        Handling                                                           7.50     7.50
        Word Index                                                 10.00     10.00
        FedEx Ground                                10.00     10.00

**TOTAL DUE >>>**    **$805.55**

Thank you for your business! We now accept major credit cards for your convenience.

(-) Payments/Credits:    805.55
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

**Tax ID:** 62-1115311            Phone: 615-313-6000    Fax:

*Please detach bottom portion and return with payment.*

---

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No.  : 132510
Invoice Date  : 10/10/2008
**Total Due**  : **$ 0.00**

Remit To: **Vowell & Jennings, Inc.**
         **Court Reporting and Legal Video Services**
         **214 Second Avenue, North - Suite 207**
         **Nashville, TN 37201**

Job No.  : 52484
BU ID  : CM
Case No.  : 3:07-CV-01093
Case Name  : Wiehe vs. Stephanides

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132955 | 11/11/2008 | 52821 |
| Job Date | Case No. | |
| 10/29/2008 | 3:07-CV-1093 | |
| Case Name | | |
| Wiehe vs. Stephanides | | |
| Payment Terms | | |
| Due upon receipt | | |

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

1 COPY OF TRANSCRIPT OF:
    George W. Daneker, Jr., M.D.      915.90

**TOTAL DUE >>>**     **$915.90**

Thank you for your business! We now accept major credit cards for your convenience.

*please pay!*
*WSS*

**Tax ID:** 62-1115311     Phone: 615-313-6000   Fax:

*Please detach bottom portion and return with payment.*

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Job No. : 52821    BU ID : CM
Case No. : 3:07-CV-1093
Case Name : Wiehe vs. Stephanides

Invoice No. : 132955    Invoice Date : 11/11/2008
**Total Due : $ 915.90**

**Remit To:** Vowell & Jennings, Inc.
            **Court Reporting and Legal Video Services**
            **214 Second Avenue, North - Suite 207**
            **Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

**V J VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134460 | 3/12/2009 | 54005 |
| Job Date | Case No. | |
| 2/24/2009 | 3:07-CV-01093 | |
| Case Name | | |
| Wiehe vs. Stephanides | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Polly
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

1 COPY OF TRANSCRIPT OF:
   Keith Eric Brandt, M.D.     875.10

**TOTAL DUE >>>  $875.10**

Thank you for your business! We now accept major credit cards for your convenience.

**Tax ID:** 62-1115311     Phone: 615-313-6000  Fax:

*Please detach bottom portion and return with payment.*

---

Erin Polly
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No. : 134460
Invoice Date : 3/12/2009
**Total Due** : $ 875.10

Job No. : 54005
BU ID : 1-VJ
Case No. : 3:07-CV-01093
Case Name : Wiehe vs. Stephanides

**Remit To: Vowell & Jennings, Inc.**
   **Court Reporting and Legal Video Services**
   **214 Second Avenue, North - Suite 207**
   **Nashville, TN 37201**

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134403 | 3/12/2009 | 54084 |
| Job Date | Case No. | |
| 2/26/2009 | 3:07-CV-01093 | |
| Case Name | | |
| Wiehe vs. Stephanides | | |
| Payment Terms | | |
| Due upon receipt | | |

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   George W. Daneker, Jr., MD     855.44

**TOTAL DUE >>>**     **$855.44**

Thank you for your business! We now accept major credit cards for your convenience.

**Tax ID:** 62-1115311     Phone: 615-313-6000    Fax:

*Please detach bottom portion and return with payment.*

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No. : 134403
Invoice Date : 3/12/2009
**Total Due** : **$ 855.44**

Job No. : 54084
BU ID : CM
Case No. : 3:07-CV-01093
Case Name : Wiehe vs. Stephanides

Remit To: **Vowell & Jennings, Inc.**
         **Court Reporting and Legal Video Services**
         **214 Second Avenue, North - Suite 207**
         **Nashville, TN 37201**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| TRANSCRIPTS INVOICE | NUMBER 09-446 |
|---|---|
| **TO:**<br>W. Scott Sims<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>1500 Fourth Avenue, N<br>Nashville, Tennessee 37219<br><br>Phone: 615.313.6000 | **MAKE CHECK PAYABLE TO:**<br>Dorothy Stiles, RMR, CRR<br>Official Court Reporter<br>801 Broadway, A837<br>Nashville, TN 37203<br><br>PHONE: (615) 330-1764 |

| CRIMINAL | CIVIL X | DATE ORDERED 3/12/09 | DATE DELIVERED 3/12/09 |
|---|---|---|---|

IN THE MATTER OF (Case Number and Title)
Wiehe vs. Zimmerman and Stephanides    3:07-CV-1093    Selected Rough Drafts

FOR PROCEEDINGS ON (Date):
3-6-09        Delivered Electronically to ssims@walkertipps.com   (CONFIRMATION RECEIVED)

| | ORIGINAL | | | FIRST COPY | | | ADDITIONAL COPIES | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGE | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | TOTAL CHARGES |
| Ordinary | | | | | | | | | | |
| 14 Days | | | | | | | | | | |
| 7 Days | | | | | | | | | | |
| | | | | | | | | | | |
| ROUGH DRAFT | 284 | 1.186 | 515.75 | | | | | | | 515.75 |

PAGE RATES: ORDERED BY ONE PARTY - $3.05; TWO PARTIES - $2.125; THREE PARTIES - $1.816

| | |
|---|---|
| **TOTAL** | $515.75 |
| DEPOSIT RECEIVED | |
| | |
| **AMOUNT DUE** | $515.75 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER        DATE  3/12/09
DOROTHY STILES

Distribution: TO PARTY (2 copies - 1 to return with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

3.19.09
20-709 - Payment of Court Reporter fees.