# EXHIBIT 2

# VIDEOGRAPHER AND REPORTER SYNCHRONIZATION INVOICES



**G&M COURT REPORTERS**
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21781 | 5/13/2008 | 20265 |
| Job Date | Case No. | |
| 5/2/2008 | | |

| Case Name |
|---|
| Wiehe v. Zimmerman, M.D., et al |

| Payment Terms |
|---|
| Due upon receipt |

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Videotaped Deposition of:
  Noah Jeremy Wiehe                                                                                         0.00
    Video-MPEG1 Digitization                                      4.00 Hours    @     50.00     200.00
    Video Synchronization                                                 4.00 Hours    @     75.00     300.00
    Postage/Handling/Archiving                                                        20.00     20.00

**TOTAL DUE >>>**     **$520.00**

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

---

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Job No.    : 20265          BU ID       : MAIN-DEP
Case No.  :
Case Name  : Wiehe v. Zimmerman, M.D., et al

Invoice No.  : 21781         Invoice Date  : 5/13/2008
**Total Due**  : **$ 520.00**

Remit To: **G&M Court Reporters, Ltd.**
            **42 Chauncy St.**
            **Boston, MA 02111**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Amount to Charge: | | |
| Cardholder's Signature: | | | |

# Nashville's Media Services, Inc.
526-B Third Avenue South
Nashville, TN 37210-2010
(615) 255-7959
Tax ID# 62-1461509

TO: Erin Palmer Polly
WALKER, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2415

July 8, 2008

# INVOICE #41392

RE: <u>Wiehe, vs. Carl W. Zimmerman, M.D., et al.</u>
Video Deposition of Dr. Michael Stephanides
06/12/2008

| Description | Qty | Price | Ext. Price |
|---|---|---|---|
| CD-R Copy | 4 | 50.00 | 200.00 |
| Editing time (X hour) Sanction Syncing | 5 | 50.00 | 250.00 |
| Subtotal | | | $450.00 |
| TN Sales Tax (9.25%) | | | 41.63 |
| **Invoice Total** | | | **$491.63** |

*THANK YOU!*
for
*Choosing Nashville's Media Services.*

**TERMS:** Net 30
Periodic (monthly) rate of 1.5% on past-due balances.
Please include Invoice # on your check.

20-709

to LHS 7/9/08

# Nashville's Media Services, Inc.
526-B Third Avenue South
Nashville, TN 37210-2010
(615) 255-7959
Tax ID# 62-1461509

TO: Erin Palmer Polly
WALKER, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2415

July 8, 2008

## INVOICE #41398

RE: Wiehe, vs. Carl W. Zimmerman, M.D., et al,
Video Depositions of Carl W. Zimmerman and Patrick A. Forest
06/13/2008

| Description | Qty | Price | Ext. Price |
|---|---|---|---|
| CD-R Copy | 6 | 50.00 | 300.00 |
| Editing time (X hour) Sanction Syncing | 5.25 | 50.00 | 262.50 |
| Subtotal | | | $562.50 |
| TN Sales Tax (9.25%) | | | 52.03 |
| **Invoice Total** | | | **$614.53** |

*THANK YOU!*
*for*
*Choosing Nashville's Media Services.*

**TERMS:** Net 30
Periodic (monthly) rate of 1.5% on past-due balances.
Please include Invoice # on your check.



**G&M COURT REPORTERS**
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23886 | 8/28/2008 | 21931 |
| Job Date | Case No. | |
| 8/13/2008 | 3:07-CV-1093 | |
| Case Name | | |
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Videotaped Deposition of:
   Richard E. Hirschberg, M.D.
      Video-MPEG1 Digitization     2.75 Hours @ 50.00    137.50
      Video Synchronization       2.75 Hours @ 50.00    137.50
      Postage/Handling/Archiving                              25.00     25.00

**TOTAL DUE >>>     $300.00**

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

Job No.  : 21931      BU ID    : MAIN-DEP
Case No.  : 3:07-CV-1093
Case Name  : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Invoice No.  : 23886      Invoice Date  : 8/28/2008
**Total Due  : $ 300.00**

Remit To: **G&M Court Reporters, Ltd.**
           **42 Chauncy St.**
           **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**     AMEX   MC   VISA
Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:



**G&M COURT REPORTERS**
www.gmcourtreporters.com

42 Chauncy St, Ste 1A
Boston, MA 02111
p - 617.338.0030
T - 800.655.3663
f - 617.426.7225

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 23882 | 8/28/2008 | 21933 |
| Job Date | Case No. | |
| 8/14/2008 | 3:07-CV-1093 | |

| Case Name |
|---|
| Noah Jeremy Wiehe v. Zimmerman, M.D., et al |

| Payment Terms |
|---|
| Due upon receipt |

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Videoconference Deposition of:
   Janice Wiehe - and - Dennis Wiehe
      Video-MPEG1 Digitization      6.00 Hours @ 50.00    300.00
      Video Synchronization       6.00 Hours @ 50.00    300.00
      Postage/Handling/Archiving       25.00      25.00

**TOTAL DUE >>>**     **$625.00**

Thank You! We appreciate your business.

**Tax ID:** 04-3283761

*Please detach bottom portion and return with payment.*

Erin Palmer Polly, Esquire
Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219

Job No. : 21933     BU ID : MAIN-DEP
Case No. : 3:07-CV-1093
Case Name : Noah Jeremy Wiehe v. Zimmerman, M.D., et al

Invoice No. : 23882     Invoice Date : 8/28/2008
**Total Due : $ 625.00**

Remit To: **G&M Court Reporters, Ltd.**
        **42 Chauncy St.**
        **Boston, MA 02111**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 132565 | 10/13/2008 | 52485 |
| **Job Date** | **Case No.** ||
| 9/26/2008 | 3:07-CV-01093 ||
| **Case Name** |||
| Wiehe vs. Stephanides |||
| **Payment Terms** |||
| Due upon receipt |||

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

VIDEO SERVICES FOR DEPOSITION OF:
George Daneker, M.D.
    DVD      3.00      120.00
    SALES TAX      11.70

**TOTAL DUE >>>    $131.70**

Thank you for your business! We now accept major credit cards for your convenience.

(-) Payments/Credits:    131.70
(+) Finance Charges/Debits:    0.00
(=) New Balance:    $0.00

**Tax ID:**      Phone: 615-313-6000   Fax:

*Please detach bottom portion and return with payment.*

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No. : 132565
Invoice Date : 10/13/2008
**Total Due** : $ 0.00

Remit To: **Vowell & Jennings, Inc.**
**Court Reporting and Legal Video Services**
**214 Second Avenue, North - Suite 207**
**Nashville, TN 37201**

Job No. : 52485
BU ID : Video-CM
Case No. : 3:07-CV-01093
Case Name : Wiehe vs. Stephanides

# VJ VOWELL AND JENNINGS

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 133003 | 11/12/2008 | 52820 |
| Job Date | Case No. | |
| 10/29/2008 | 3:07-CV-1093 | |
| Case Name | | |
| Wiehe vs. Stephanides | | |
| Payment Terms | | |
| Due upon receipt | | |

VIDEO SERVICES FOR DEPOSITION OF:
    George Daneker, M.D.     750.00
        SALES TAX     7.80

TOTAL DUE >>>    $757.80

Thank you for your business! We now accept major credit cards for your convenience.

**Tax ID:**     Phone: 615-313-6000   Fax:

*Please detach bottom portion and return with payment.*

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Job No. : 52820    BU ID : Video-CM
Case No. : 3:07-CV-1093
Case Name : Wiehe vs. Stephanides

Invoice No. : 133003    Invoice Date : 11/12/2008
**Total Due : $ 757.80**

Remit To: **Vowell & Jennings, Inc.**
         **Court Reporting and Legal Video Services**
         **214 Second Avenue, North - Suite 207**
         **Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**VJ VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134020 | 2/2/2009 | 52485 |
| Job Date | Case No. | |
| 9/26/2008 | 3:07-CV-1093 | |

**Case Name**

Wiehe vs. Stephanides

**Payment Terms**

Due upon receipt

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

*9.26.08*

VIDEO SERVICES FOR DEPOSITION OF:
George Daneker, M.D.
SALES TAX

*(Synchronized transcript)* 411.50
3.90

**TOTAL DUE >>>** $415.40

Thank you for your business! We now accept major credit cards for your convenience.

*2·5·09*
*20-709-1*

**Tax ID:** Phone: 615-313-6000  Fax:

*Please detach bottom portion and return with payment.*

Job No.     : 52485           BU ID    : Video-CM
Case No.    : 3:07-CV-1093
Case Name   : Wiehe vs. Stephanides

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No. : 134020          Invoice Date : 2/2/2009
Total Due   : $ 415.40

Remit To: **Vowell & Jennings, Inc.**
Court Reporting and Legal Video Services
214 Second Avenue, North - Suite 207
Nashville, TN 37201

**PAYMENT WITH CREDIT CARD**    AMEX  MC  VISA

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# VJ VOWELL AND JENNINGS

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 133931 | 2/2/2009 | 52820 |
| Job Date | Case No. | |
| 10·29·08 | 3:07-CV-1093 | |
| Case Name | | |
| Wiehe vs. Stephanides | | |
| Payment Terms | | |
| Due upon receipt | | |

*10·29·08*

VIDEO SERVICES FOR DEPOSITION OF: (Synchronized transcript)
   George Daneker, M.D.                                                                                               319.00
   SALES TAX                                                                                                      3.90

**TOTAL DUE >>>       $322.90**

Thank you for your business! We now accept major credit cards for your convenience.

*2·5·09*
*20-709*

**Tax ID:**                                                                                        Phone: 615-313-6000   Fax:

*Please detach bottom portion and return with payment.*

W. Scott Sims
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Job No.    : 52820         BU ID    : Video-CM
Case No.    : 3:07-CV-1093
Case Name    : Wiehe vs. Stephanides

Invoice No.    : 133931       Invoice Date    : 2/2/2009
**Total Due**    : $ 322.90

Remit To: **Vowell & Jennings, Inc.**
          **Court Reporting and Legal Video Services**
          **214 Second Avenue, North - Suite 207**
          **Nashville, TN 37201**

**PAYMENT WITH CREDIT CARD**    AMEX    MasterCard    VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**VOWELL AND JENNINGS**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 134434 | 3/6/2009 | 54006 |
| **Job Date** | **Case No.** | |
| 2/24/2009 | 3:07-CV-01093 | |
| **Case Name** | | |
| Wiehe vs. Stephanides | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Erin Polly
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

| | |
|---|---|
| VIDEO SERVICES FOR DEPOSITION OF: | |
|     Keith Eric Brandt, M.Dd | 478.75 |
|         SALES TAX | 15.60 |
| TOTAL DUE >>> | $494.35 |

Thank you for your business! We now accept major credit cards for your convenience.

**Tax ID:**      Phone: 615-313-6000   Fax:

*Please detach bottom portion and return with payment.*

---

Erin Polly
Walker, Tipps & Malone
150 Fourth Avenue, North
Suite 2300
Nashville, TN 37219

Invoice No.   : 134434
Invoice Date  : 3/6/2009
**Total Due**    : $ 494.35

Job No.    : 54006
BU ID     : Video-CM
Case No.   : 3:07-CV-01093
Case Name : Wiehe vs. Stephanides

**Remit To: Vowell & Jennings, Inc.**
          **Court Reporting and Legal Video Services**
          **214 Second Avenue, North - Suite 207**
          **Nashville, TN 37201**