# EXHIBIT 3

# OUTSIDE COPY INVOICES

Source One Legal Copy

St. Cloud Corner
500 Church Street, Suite 150
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/16/2008 | SN280144 |

| Bill To |
|---------|
| Farrah Moore<br>Walker,Tipps & Malone<br>2300 One Nashville Place<br>150 4th Ave. North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 00020-709 | Net 30 | Farrah Moore |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| B/W Blow-Backs | 1,164 | 0.12 | 139.68T |
| CD Duplication | 1 | 10.00 | 10.00T |

Federal Tax ID
72-1559167

00020-709
Copies of Discover

| | |
|---|---|
| **Subtotal** | $149.68 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $149.68 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $149.68 |

Document Solutions, Inc.
414 Union Street
Suite 1210
Nashville TN 37219

**DSi**

Invoice #: 00050313

Job  9333

Phone : 615-255-5343
Fax :    615-255-4160
Federal Tax ID #: 62-1769387

Bill To:
Walker Tipps & Malone
One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

Ship To:
Walker Tipps & Malone
Jennifer Ross
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

| SALESPERSON | Client Reference # | SHIP VIA | SHIP DATE | TERMS | DATE |
|---|---|---|---|---|---|
| Rider, Eric | 00020-709 | Free | 2/7/2008 | Net 15 | 2/7/2008 |

| QTY. | ITEM # | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2,940 | 0110 | Light Litigation Copies | $0.125 | each | | $367.50 | |
| 235 | 0200 | Preprinted mylar tabs | $0.30 | each | | $70.50 | |
| 180 | 0215 | Color Paper | $0.05 | each | | $9.00 | |
| 581 | 0135 | Bates labels applied | $0.06 | each | | $34.86 | |
| 5 | 0175 | GBC bound documents | $3.00 | each | | $15.00 | |

2.7.08
Copies of medical records - Bates-Stamping
and multiple copies

# THIS IS AN INVOICE
### Please process for payment
forward to your Accounts Payable

Thank you!

| | |
|---|---|
| SALE AMOUNT | $496.86 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $496.86 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $496.86 |

Customer Approval



# Invoice

document **One** services

200 4th Ave. North, Suite B-300
Nashville, TN 37219

Federal Tax ID: 20-3700843

| DATE | INVOICE # |
|------|-----------|
| 3/14/2008 | 00004056 |

**Bill To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

**Ship To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

| SALESPERSON | CLIENT RERERANCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Shay Horseman | 20-709 | Jennifer Ross | Net 30 | 4/13/2008 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 345 | 8-3107 | Light Litigation Copies | $0.10 | $34.50 | |
| 20 | 8-3107 | GBC Binding | $2.50 | $50.00 | |

*3.14.08 Copies of medical records*

| | |
|---|---|
| SALE AMT. | $84.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $84.50 |
| AMT. APPLIED | $0.00 |

Thank you!

_____
Customer Approval

| **BALANCE** | **$84.50** |
|-------------|------------|

Document Solutions, Inc.
414 Union Street
Suite 1210
Nashville TN 37219

Phone :    615-255-5343
Fax :       615-255-4160
Federal Tax ID #: 62-1769387

# DSi

Invoice #:   00051159

Bill To:
Walker Tipps & Malone
One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

Ship To:
Walker Tipps & Malone
Jennifer Ross
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

| SALESPERSON | Client Reference # | SHIP | SHIP VIA | TERMS | DATE | |
|---|---|---|---|---|---|---|
| Rider, Eric | 00020-709 | 3/17/2008 | Free | Net 15 | 3/17/2008 | |
| QTY. | DESCRIPTION | PRICE | DISC % | EXTENDED | TAX | JOB # |
| 1,155 | Light Litigation Copies | $0.125 | | $144.38 | | 9989 |
| 229 | Bates labels applied | $0.06 | | $13.74 | | 9989 |
| 5 | GBC bound documents | $3.00 | | $15.00 | | 9989 |

*3.18.08*

*Copies of medical records*

# THIS IS AN INVOICE
## Please process for payment
## forward to your Accounts Payable

*visit us today at www.dsionline.biz*

Thank you!

_____
Customer Approval

| | |
|---|---|
| SALE AMOUNT | $173.12 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $173.12 |
| PAID TODAY | $0.00 |
| BALANCE DUE | $173.12 |

Document Solutions, Inc.
414 Union Street
Suite 1210
Nashville TN 37219



Invoice #:   00051403

Phone :      615-255-5343
Fax :        615-255-4160
Federal Tax ID #: 62-1769387

Bill To:                                         Ship To:
Walker Tipps & Malone                            Walker Tipps & Malone
One Nashville Place                              Jennifer Ross
150 Fourth Avenue, North                         2300 One Nashville Place
Nashville, TN 37219-2415                         150 Fourth Avenue, North
                                                 Nashville, TN 37219-2415

| SALESPERSON | Client Reference # | SHIP | SHIP VIA | TERMS | DATE | |
|---|---|---|---|---|---|---|
| Rider, Eric | 00020-709 | 3/28/2008 | Free | Net 15 | 3/28/2008 | |
| QTY. | DESCRIPTION | PRICE | DISC % | EXTENDED | TAX | JOB # |
| 145 | Light Litigation Copies | $0.10 | | $14.50 | | 10162 |
| 10 | GBC bound documents | $3.00 | | $30.00 | | 10162 |

# THIS IS AN INVOICE
## Please **process for payment**
forward **to your Accounts P**ayable

3·28·08
Copies of medical records

*visit us today at www.dsionline.biz*

Thank you!

| | |
|---|---|
| SALE AMOUNT | $44.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $44.50 |
| PAID TODAY | $0.00 |

Customer Approval

BALANCE DUE            $44.50

Document Solutions, Inc.
414 Union Street
Suite 1210
Nashville TN 37219

Phone :     615-255-5343
Fax :       615-255-4160
Federal Tax ID #: 62-1769387

# DSi

Invoice #:    00051910

Bill To:
Walker Tipps & Malone
One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

Ship To:
Walker Tipps & Malone
Jennifer Ross
2300 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2415

| SALESPERSON | Client Reference # | SHIP | SHIP VIA | TERMS | DATE | |
|---|---|---|---|---|---|---|
| Rider, Eric | 00020-709 | 4/18/2008 | Free | Net 15 | 4/18/2008 | |
| QTY. | DESCRIPTION | PRICE | DISC % | EXTENDED | TAX | JOB # |
| 354 | Auto Feed Copies | $0.085 | | $30.09 | | 10508 |
| 6 | GBC bound documents | $3.00 | | $18.00 | | 10508 |

# THIS IS AN INVOICE
## Please process for payment
## forward to your Accounts Payable

4·18·08

Copies of medical records

*visit us today at www.dsionline.biz*

Thank you!

| | |
|---|---|
| SALE AMOUNT | $48.09 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL | $48.09 |
| PAID TODAY | $0.00 |

Customer Approval

| | |
|---|---|
| BALANCE DUE | $48.09 |



# Invoice

| DATE | INVOICE # |
|---|---|
| 4/29/2008 | 00004413 |

200 4th Ave. North, Suite B-300
Nashville, TN 37219

Federal Tax ID: 20-3700843

**Bill To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

**Ship To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

| SALESPERSON | CLIENT RERERANCE | ORDERED BY | TERMS | DUE BEFORE |
|---|---|---|---|---|
| Shay Horseman | 408 | Jennifer Ross | Net 30 | 5/29/2008 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|---|---|---|---|---|---|
| 408 | 8-4237 | Light Litigation Copies | $0.09 | $36.72 | |
| 24 | 8-4237 | GBC Binding | $2.00 | $48.00 | |

*20-709 - Copies of medical records.*

Thank you!

Customer Approval

| | |
|---|---|
| SALE AMT. | $84.72 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $84.72 |
| AMT. APPLIED | $0.00 |
| **BALANCE** | **$84.72** |

Source One Legal Copy

St. Cloud Corner
500 Church Street, Suite 150
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/15/2008 | SN281109 |

| Bill To |
|---------|
| Jennifer Ross
Walker, Tipps & Malone
2300 One Nashville Place
150 4th Avenue North
Nashville, TN 37219 |

| | P.O. No. | Terms | Project |
|---|----------|-------|---------|
| | | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20-709 | | | |
| Black & White Copying | 240 | 0.11 | 26.40T |
| GBC Binding | 18 | 3.00 | 54.00T |

*5-20-08*
*20-709- Copies of medical records*

Federal Tax ID
72-1559167

| | |
|---|---|
| Subtotal | $80.40 |
| Sales Tax (0.0%) | $0.00 |
| Total | $80.40 |
| Payments/Credits | $0.00 |
| **Balance Due** | $80.40 |



# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/16/2008 | 00004561 |

200 4th Ave. North, Suite B-300
Nashville, TN 37219

Federal Tax ID: 20-3700843

**Bill To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

**Ship To:**

Walker, Tipps & Malone
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219, USA

| SALESPERSON | CLIENT RERERANCE | ORDERED BY | TERMS | DUE BEFORE |
|-------------|------------------|------------|-------|------------|
| Shay Horseman | 20-709 | Jennifer Ross | Net 30 | 6/15/2008 |

| QTY. | JOB NO. | DESCRIPTION | UNIT PRICE | AMOUNT | TX. |
|------|---------|-------------|------------|--------|-----|
| 1,260 | 8-5126 | Light Litigation Copies | $0.10 | $126.00 | |
| 6 | 8-5126 | GBC Binding | $2.50 | $15.00 | |
| 78 | 8-5126 | Preprinted Tabs | $0.25 | $19.50 | |
| 12 | 8-5126 | Custom Tabs | $0.50 | $6.00 | |

*5.16.08*
*Copies of Deposition transcripts.*

Thank you!

| | |
|---|---|
| SALE AMT. | $166.50 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $166.50 |
| AMT. APPLIED | $0.00 |

Customer Approval

| **BALANCE** | **$166.50** |
|-------------|-------------|

www.pageonelegal.com          (615) 780-2101          solutions@pageonelegal.com

Source One Legal Copy

St. Cloud Corner
500 Church Street, Suite 150
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/6/2008 | SN281275 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 | | | |
| Black & White Copying | 700 | 0.11 | 77.00T |
| Standard Tabs | 39 | 0.27 | 10.53T |
| GBC | 3 | 3.00 | 9.00T |

Federal Tax ID
72-1559167

| | |
|---|---|
| Subtotal | $96.53 |
| Sales Tax (0.0%) | $0.00 |
| Total | $96.53 |
| Payments/Credits | $0.00 |
| **Balance Due** | $96.53 |

6·9·08 – Copies of medical records

Source One Legal Copy

# Invoice

St. Cloud Corner
500 Church Street, Suite 150
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|---|---|
| 6/19/2008 | SN281375 |

| Bill To |
|---|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RE: 20.709<br>Black & White Copying | 830 | 0.11 | 91.30T |

Federal Tax ID
72-1559167

*6.20.08 - Copies of medical records*

| | |
|---|---|
| **Subtotal** | $91.30 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $91.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $91.30 |

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2008 | SN281414 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 | | | |
| Black & White Copying | 2,480 | 0.11 | 272.80T |
| Standard tabs | 180 | 0.27 | 48.60T |
| GBC | 6 | 3.00 | 18.00T |

Federal Tax ID
72-1559167

*6-23-08 Copies of medical records* (handwritten)

| | |
|---|---|
| **Subtotal** | $339.40 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $339.40 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $339.40 |

# Invoice

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 6/20/2008 | SN281405 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 | | | |
| Black & White Copying | 1,240 | 0.11 | 136.40T |
| GBC | 60 | 3.00 | 180.00T |

Federal Tax ID
72-1559167

*6-23-08 Copies of medical records*

| | |
|---|---|
| Subtotal | $316.40 |
| Sales Tax (0.0%) | $0.00 |
| Total | $316.40 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$316.40** |

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/20/2008 | SN281404 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709<br>Black & White Copying | 1,097 | 0.11 | 120.67T |

| Federal Tax ID<br>72-1559167 | | |
|---|---|---|

6·23·08· Copies of medical records

| Subtotal | $120.67 |
|----------|---------|
| Sales Tax  (0.0%) | $0.00 |
| Total | $120.67 |
| Payments/Credits | $0.00 |
| **Balance Due** | $120.67 |

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 7/3/2008 | SN281498 |

**Bill To**

Jennifer Ross
Walker, Tipps & Malone
2300 One Nashville Place
150 4th Avenue North
Nashville, TN 37219

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20-709 | | | |
| Black & White Copying | 3,081 | 0.11 | 338.91T |
| Color Copies | 144 | 0.50 | 72.00T |
| Custom Tabs | 52 | 0.35 | 18.20T |
| GBC binds | 24 | 3.00 | 72.00T |

Federal Tax ID
72-1559167

| | |
|---|---|
| **Subtotal** | $501.11 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $501.11 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $501.11 |

*7/22/08 - Copies of records to be sent to experts*

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 7/9/2008 | SN281501 |

*Sames as 281500*

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20-709 | | | |
| Black & White Copying | 1,021 | 0.11 | 112.31T |
| GBC | 8 | 3.00 | 24.00T |

Federal Tax ID
72-1559167

*7/22/08 - Copies of medical records*

| | |
|---|---|
| **Subtotal** | $136.31 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $136.31 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $136.31 |

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 8/8/2008 | SN281695 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 |  |  |  |
| Black & White Copying | 937 | 0.11 | 103.07T |
| Color Copies | 76 | 0.50 | 38.00T |
| Custom Tabs | 8 | 0.35 | 2.80T |

| Federal Tax ID |
|----------------|
| 72-1559167 |

| | |
|---|---|
| Subtotal | $143.87 |
| Sales Tax (0.0%) | $0.00 |
| Total | $143.87 |
| Payments/Credits | $0.00 |
| **Balance Due** | $143.87 |

8.13.08 - Copies of medical records

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 8/7/2008 | SN281671 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20-709 | | | |
| Black & White Copying | 20,824 | 0.11 | 2,290.64T |
| Standard tabs | 315 | 0.27 | 85.05T |
| GBC binds | 27 | 3.00 | 81.00T |
| Bates Stamping | 5,206 | 0.06 | 312.36T |

Federal Tax ID
72-1559167

| | |
|---|---|
| **Subtotal** | $2,769.05 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $2,769.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,769.05 |

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|------|-----------|
| 8/18/2008 | SN281818 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 | | | |
| Black & White Copying | 1,477 | 0.11 | 162.47T |
| Standard tabs | 91 | 0.27 | 24.57T |
| Custom tabs | 21 | 0.35 | 7.35T |
| GBC binds | 7 | 3.00 | 21.00T |

*8/28/08*
*Copies of deposition transcripts*

Federal Tax ID
72-1559167

| | |
|---|---|
| **Subtotal** | $215.39 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $215.39 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $215.39 |

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/29/2008 | SN281897 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 Van. Univ |  |  |  |
| Black & White Copying | 1,856 | 0.11 | 204.16T |
| Custom Tabs | 40 | 0.35 | 14.00T |
| GBC binds | 24 | 3.00 | 72.00T |

Federal Tax ID
72-1559167

9·19·08

*Copies of deposition transcripts*

| | |
|---|---|
| **Subtotal** | $290.16 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $290.16 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $290.16 |

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/3/2008 | SN282078 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 / Noah Wrene vs. Zimmerman, M.D. | | | |
| Black & White Copying | 1,434 | 0.11 | 157.74T |
| Custom tabs | 14 | 0.35 | 4.90T |
| GBC Binds | 6 | 3.00 | 18.00T |

| | |
|---|---|
| Subtotal | $180.64 |
| Sales Tax (0.0%) | $0.00 |
| Total | $180.64 |
| Payments/Credits | $0.00 |
| **Balance Due** | $180.64 |

10.8.08 - Copies of deposition transcript to be sent to experts & client

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/18/2009 | SN290137 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 |  |  |  |
| Black & White Copying | 2,990 | 0.11 | 328.90T |
| Standard tabs | 180 | 0.27 | 48.60T |
| GBC | 22 | 3.00 | 66.00T |

Federal Tax ID
72-1559167

| | |
|---|---|
| Subtotal | $443.50 |
| Sales Tax  (0.0%) | $0.00 |
| Total | $443.50 |
| Payments/Credits | $0.00 |
| Balance Due | $443.50 |

2-18-09

Copies of records for trial

Source One Legal Copy

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/2/2009 | SN290176 |

| Bill To |
|---------|
| Jennifer Ross<br>Walker, Tipps & Malone<br>2300 One Nashville Place<br>150 4th Avenue North<br>Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| RE: 20.709 | | | |
| Black & White Copying | 1,750 | 0.11 | 192.50T |
| GBC | 3 | 3.00 | 9.00T |

Federal Tax ID
72-1559167

| | |
|---|---|
| **Subtotal** | $201.50 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $201.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $201.50 |

3·2·09

_Copies of documents needed for trial_

Source One Legal Copy

# Invoice

230 4th Avenue North
Suite 600
Nashville, TN 37219
615.255.1191

| Date | Invoice # |
|---|---|
| 3/3/2009 | SN290184 |

| Bill To |
|---|
| Jennifer Ross
Walker, Tipps & Malone
2300 One Nashville Place
150 4th Avenue North
Nashville, TN 37219 |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| RE: 20.709 |  |  |  |
| Black & White Copying | 435 | 0.11 | 47.85T |
| Custom tabs | 10 | 0.35 | 3.50T |
| GBC | 5 | 3.00 | 15.00T |

Federal Tax ID
72-1559167

3/4/09 - Copies of deposition
transcript

| | |
|---|---|
| **Subtotal** | $66.35 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $66.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $66.35 |