# EXHIBIT 5

# MEDICAL RECORDS INVOICES



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/11/2008 | 017563.332.02 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
North Hampton Dermatology Associates (Bruce Goldstein, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.02 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$8.75  (entity's fee) / 4 (requesting defendants) | $2.19 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-235 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 15 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  15 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$37.19** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

3.17.08
20-709 - Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/14/2008 | 017563.332.06 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)  FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |
| **SOURCE OF EVIDENTIARY ITEMS** |
| Cambridge Podiatry (Edward J. Mostone, DPM) |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.06 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00 (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-237 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 13 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 13 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
**Payment is due upon receipt, unless you have arranged otherwise.**
We appreciate the opportunity to serve you!

3.17.08
20-709 - Copies of medical records

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/14/2008 | 017563.332.08 |

**ras**
records acquisition services, inc.

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

Tax ID: 20-1143503

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Rehabilitation Hospital of the Cape and Islands, Inc.

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.08 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $26.47 (entity's fee) / 4 (requesting defendants) | $6.62 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -232 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 18 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 18 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.62** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

3·17·08
20-909 - Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 3/16/2008 | 017563.332.04 |

Tax ID: 20-1143503

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
　　　　(866) 592-9861 (Toll Free)
　　　　(615) 301-1708 (Nashville)
　　　　(901) 405-4584 (Memphis)

**BILL TO:**

Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**

Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

**CASE INFORMATION**

Wiehe v. Zimmerman, M.D., et al

**SOURCE OF EVIDENTIARY ITEMS**

Baystate Plastic Surgery Associates (Melissa A. Johnson, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.04 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $4.75 (entity's fee) / 4 (requesting defendants) | $1.19 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -228 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 22 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 22 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$36.19** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

3-17-08
20-709 - Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/1/2008 | 017563.332.05 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Davis Square Family Practice (Deborah Bershel, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.05 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $25.00 (entity's fee) / 4 (requesting defendants) | $6.25 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary -230 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 20 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 20 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.25** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4.1.08
20-709- Payment for copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/1/2008 | 017563.332.11 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Office of Randi Kaufman, Psy.D

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.11 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $0.00 (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -245 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 5 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 5 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

*4·1·08*
*20-709 —*
*Payment for copies of medical records*

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 017563.332.03 |

**ras** — records acquisition services, inc.

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX: (865) 546-4728
       (866) 592-9861 (Toll Free)
       (615) 301-1708 (Nashville)
       (901) 405-4584 (Memphis)

Tax ID: 20-1143503

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

**CASE INFORMATION**
Wiehe v. Zimmerman, M.D., et al

**SOURCE OF EVIDENTIARY ITEMS**
Center for xcellence in Diabetes ducation (Jeffrey Korff, MD)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.03 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $0.00 (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -230 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 20 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 20 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4-24-08
20-709- Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 017563.332.10 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)  FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

Tax ID: 20-1143503

**BILL TO:**

Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**

Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Office of Susan C. oud, M. d

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.10 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $20.00 (entity's fee) / 4 (requesting defendants) | $5.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -235 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 15 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 15 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$40.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4-24-08
20-709-Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/22/2008 | 017563.332.01 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Office of Carolyn J. Kendall, MD c/o Cooley Dickinson Practice Assoc

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.01 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$0.00   (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-192  (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested:  58  (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested  58  (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested:  0  (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4.24.08
20-709- Copies of medical records

# INVOICE

**ras**
records acquisition services, inc.

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX: (865) 546-4728
       (866) 592-9861 (Toll Free)
       (615) 301-1708 (Nashville)
       (901) 405-4584 (Memphis)

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/23/2008 | 017563.332.07 |

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Ronald . Hirschberg, MD c/o Physical Medicine & Rehabilitation

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.07 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$25.00 (entity's fee) / 4 (requesting defendants) | $6.25 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-241 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 9 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 9 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$41.25** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4.24.08
20-709- Copies of medical records



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/25/2008 | 017563.332.12 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)  FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Gender Dysphoria Program, Inc. (c/o Judy Van Maasdam, MA)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.12 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$30.00 (entity's fee) / 4 (requesting defendants) | $7.50 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-230 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 20 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 20 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$42.50** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4·28·08
20-709
copies of medical records



**records acquisition services, inc.**

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 4/29/2008 | 017563.332.17 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

Tax ID: 20-1143503

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |
| **SOURCE OF EVIDENTIARY ITEMS** |
| Walgreens Pharmacy |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.17 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$55.00 (entity's fee) / 4 (requesting defendants) | $13.75 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-249 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 1 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 1 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$48.75** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

4-29-08
20-709 Copies of medical records



**records acquisition services, inc.**

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/12/2008 | 017563.332.09 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)  FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Atlantic Prosthetics & Orthotics Co., Inc.

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.09 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer: $0.00 (entity's fee) / 4 (requesting defendants) | $0.00 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary  -233 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 17 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 17 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$35.00** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

5.14.08

20-709-copies of medical records.



**INVOICE**

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/13/2008 | 017563.332.16 |

records acquisition services, inc.

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)    FAX: (865) 546-4728
       (866) 592-9861 (Toll Free)
       (615) 301-1708 (Nashville)
       (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

| CASE INFORMATION |
|---|
| Wiehe v. Zimmerman, M.D., et al |
| **SOURCE OF EVIDENTIARY ITEMS** |
| CVS Pharmacy Privacy Office |

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.16 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00;  5-8 = $30.00;  9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$50.00 (entity's fee) / 4 (requesting defendants) | $12.50 |
| **Online Delivery**<br>(Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-231 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery**<br>(Copying and 3 Hole Punching) | If requested: 19 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 19 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$47.50** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

5·14·08
20-709 Copies of medical records.



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 5/29/2008 | 017563.332.18 |

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)   FAX: (865) 546-4728
(866) 592-9861 (Toll Free)
(615) 301-1708 (Nashville)
(901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

**BILL TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville TN 37219-2424

**SHIP TO:**
Mr. W. Scott Sims
Walker, Bryant, Tipps & Malone
2300 One Nashville Place
150 Fourth Ave N
Nashville, TN 37219-2424

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Baystate Medical Center (Medical Records)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.18 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$91.16 (entity's fee) / 4 (requesting defendants) | $22.79 |
| **Online Delivery** (including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-126 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 124 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 124 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$57.79** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.
We appreciate the opportunity to serve you!

*62.08*
*20-709 — Copies of medical records*



# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 8/30/2008 | 017563.332.15 |

**records acquisition services, inc.**

706 Walnut Street, Suite 102
P.O. Box 908
Knoxville, TN 37902-0908
Phone: (865) 546-4727 (Knoxville)     FAX: (865) 546-4728
      (866) 592-9861 (Toll Free)
      (615) 301-1708 (Nashville)
      (901) 405-4584 (Memphis)

**Tax ID: 20-1143503**

| BILL TO: | SHIP TO: |
|---|---|
| Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville TN 37219-2424 | Mr. W. Scott Sims<br>Walker, Bryant, Tipps & Malone<br>2300 One Nashville Place<br>150 Fourth Ave N<br>Nashville, TN 37219-2424 |

### CASE INFORMATION
Wiehe v. Zimmerman, M.D., et al

### SOURCE OF EVIDENTIARY ITEMS
Rite Aid Pharmacies - Legal (Attn: Brandy Gladwin)

| JOB NUMBER | FILE NUMBER | CLAIM NUMBER |
|---|---|---|
| 332.15 | | |

| DESCRIPTION | (calculation) | AMOUNT |
|---|---|---|
| **Phase 2 Job** (based on number of joining lawyers) | 1-4 = $35.00; 5-8 = $30.00; 9 or more = $25.00 | $35.00 |
| **RAS Locater** | If requested: $28.00 located; $7.00 not located | $0.00 |
| **RAS Split** | Applicable to each requesting defendant or UM lawyer:<br>$50.00 (entity's fee) / 4 (requesting defendants) | $12.50 |
| **Online Delivery** (Including Scanning, OCR, Bates Numbering and Storage Service) | <250 pages - Automatic and Complimentary<br>-245 (pages over 250) x .045 | $0.00 |
| **Hardcopy Delivery** (Copying and 3 Hole Punching) | If requested: 5 (number of pages) x $.085 | $0.00 |
| **Postage and Handling** | Applicable only with hardcopy delivery | $0.00 |
| **Page Capture, or OCR** | If requested 5 (number of pages) x $.085 | $0.00 |
| **Routing Cost** | Billed at Cost for Routing Original Copy | $0.00 |
| **RAS Rush** | If requested: 0 (days under 28 day due date) x $2.00 | $0.00 |
| **Radiographic Images** | Billed at Cost - No cost sharing | $0.00 |
| **Digitize Radiographic Films** | Billed at Our Cost - $42.00 per sheet | $0.00 |
| **Miscellaneous Fee** | | $0.00 |
| | **PLEASE PAY THIS AMOUNT:** | **$47.50** |

Please either return a copy of this invoice with your payment or reference the invoice number.
Payment is due upon receipt, unless you have arranged otherwise.

We appreciate the opportunity to serve you!

*[Handwritten: 9-3-08    20-709 — copies of medical records]*