UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NOAH JEREMY WIEHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-1093 |
| ) | Judge Echols |
| ) | |
| CARL W. ZIMMERMAN, M.D., and ) | |
| MICHAEL STEPHANIDES, M.D., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Plaintiff Noah Jeremy Wiehe's Motion for Judgment Notwithstanding the Jury's Verdict and/or Motion for New Trial (Docket Entry No. 234) is hereby DENIED.

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE